DONATO CELLAMARE, Respondent, *v.* THIRD AVENUE TRANSIT CORPORATION, Appellant.

First Department, March 1, 1948.

*Addison B. Scoville* of counsel (*James M. O'Neill* with him on the brief; *Stuart Reidel,* attorney), for appellant.

*Isidor Neuwirth* of counsel (*Emil Katzka,* attorney), for respondent.

*Per Curiam.* It was prejudicial error to permit plaintiff's expert medical witness, who took X-ray pictures of the plaintiff, to testify, over defendant's objection and exception, to matters shown on the X rays and to findings based thereon, without producing the X-ray pictures and introducing them in evidence (3 Wigmore on Evidence, § 795; *Gursslin* v. *Helenboldt,* 259 App. Div. 1064; *Marion* v. *Coon Construction Co.,* 216 N. Y. 178; *O'Mara* v. *Curtin,* 268 App. Div. 888). The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

PECK, P. J., COHN, CALLAHAN, VAN VOORHIS and SHIENTAG, JJ., concur.

Judgment unanimously reversed and a new trial ordered with costs to the appellant to abide the event. Settle order on notice.